B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

### District Of IDAHO

In re FARMERS GRAIN, LLC,      )     Case No. 17-00450-TLM
       Debtor                         )
                                       )     Chapter 7
                                       )
NOAH G. HILLEN, Trustee          )
       Plaintiff                  )
           v.                          )
GRESSLEY FARMS, LLC, SCOTT    )
GRESSLEY, and NORTHWEST FARM )     Adv. Proc. No. 19-06012-TLM
CREDIT SERVICES                     )
                                       )
       Defendants              )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

         Address of the clerk:      Clerk, U.S. Bankruptcy Court
                                            550 W. Fort Street
                                            Boise, ID 83724

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

     Name and Address of Plaintiff's Attorney:      Jed W. Manwaring
                                                                   Evans Keane LLP
                                                                   1161 W. River Street, Suite 100
                                                                   Boise, ID 83702

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                                                                               (Clerk of the Bankruptcy Court)

                         By: _____
                                    (Deputy Clerk)



United States Courts
District of Idaho
**ISSUED**
*Lynette Parson*
*on Apr 18, 2019 8:43 am*

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, __Jed W. Manwaring__ (name), certify that service of this summons and a copy of the complaint was made __April 19, 2019__ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
    Phil DiPofi, President & CEO
    Northwest Farm Credit Services
    2001 S. Flint Road
    P.O. Box 2515
    Spokane, WA  99220-2515

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __04/19/19__    Signature __*Jed W Manwaring*__

Print Name:    Jed W. Manwaring
                Evans Keane LLP
Business Address:    1161 W. River Street, Suite 100
                P.O. Box 959
                Boise, ID  83701-0959