**Jed W. Manwaring ISB #3040**
**EVANS KEANE LLP**
**1161 W. River Street, Suite 100**
**P. O. Box 959**
**Boise, Idaho 83701-0959**
**Telephone: (208) 384-1800**
**Facsimile: (208) 345-3514**
E-mail: jmanwaring@evanskeane.com

**Attorneys for Trustee, Noah G. Hillen**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| **In Re:** | Case No. 17-00450-TLM |
| **FARMERS GRAIN, LLC,** | Chapter 7 |
| Debtor. | |
| **NOAH G. HILLEN, Trustee,** | Adv. Pro. No. 19-06012-TLM |
| Plaintiff, | |
| vs. | |
| **GRESSLEY FARMS, LLC, SCOTT GRESSLEY and NORTHWEST FARM CREDIT SERVICES,** | |
| Defendants. | |

## NOTICE OF INTENT TO TAKE DEFAULT JUDGMENT

Pursuant to IRCP 55 and Bankruptcy Rule 7055, PLEASE TAKE NOTICE that after five (5) days from service of this Notice, Plaintiff intends to apply for default order and judgment against Defendant Northwest Farm Credit Services.

DATED this 11th day of October, 2019.      EVANS KEANE LLP

                                             By    /s/ Jed W. Manwaring
                                                Jed W. Manwaring, Of the Firm
                                                Attorneys for Trustee

*NOTICE OF INTENT TO TAKE DEFAULT JUDGMENT  - 1*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 11th day of October, 2019, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing.

- **Alexandra O Caval**   alex@cavallawoffice.com, R71985@notify.bestcase.com

        /s/ Jed W. Manwaring
        Jed W. Manwaring

*NOTICE OF INTENT TO TAKE DEFAULT JUDGMENT  - 2*