**Jed W. Manwaring ISB #3040**
**EVANS KEANE LLP**
**1161 W. River Street, Suite 100**
**P. O. Box 959**
**Boise, Idaho  83701-0959**
Telephone:  (208) 384-1800
Facsimile:   (208) 345-3514
E-mail:  jmanwaring@evanskeane.com

**Attorneys for Trustee, Noah G. Hillen**

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>**FARMERS GRAIN, LLC,**<br><br>    Debtor. | Case No. 17-00450-TLM<br><br>Chapter 7 |
| **NOAH G. HILLEN, Trustee,**<br><br>    Plaintiff,<br><br>vs.<br><br>**GRESSLEY FARMS, LLC, SCOTT GRESSLEY and NORTHWEST  FARM CREDIT SERVICES,**<br><br>    Defendants. | Adv. Pro. No. 19-06012-TLM |

### STIPULATION FOR PARTIAL DISMISSAL OF CLAIM

Plaintiff Noah G. Hillen, Trustee, and Defendants Gressley Farms LLC, Scott Gressley, and Northwest Farm Credit Services, by and through undersigned counsel, hereby stipulate to dismiss with prejudice, the claims of preference in the Second Amended Complaint arising out of

*STIPULATION FOR PARTIAL DISMISSAL OF CLAIM*- 1

Check No. 1004 dated 03/17/2017 in the amount of $11,080.95 and Check No. 1005 dated 3/17/17 in the amount of $43,181.08.  All other allegations and claims in the Second Amended Complaint should remain pending and unaltered by this Stipulation.

DATED this 16th day of April, 2020.

        EVANS KEANE LLP


        By    /s/ Jed W. Manwaring
            Jed W. Manwaring, Of the Firm
            Attorneys for Trustee


DATED this 16th day of April, 2020.

        CAVAL LAW OFFICE P.C.


        By    /s/ Alexandra O. Caval   *w/permission*
            Alexandra O. Caval, of the Firm
            Attorney for Defendants


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of April, 2020, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing.

- **Alexandra O Caval**   alex@cavallawoffice.com, R71985@notify.bestcase.com


           /s/ Jed W. Manwaring
           Jed W. Manwaring