UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>**FARMERS GRAIN, LLC,**<br><br>    Debtor. | Case No. 17-00450-TLM<br><br>Chapter 7 |
| **NOAH G. HILLEN, Trustee,**<br><br>    Plaintiff,<br><br>vs.<br><br>**GRESSLEY FARMS, LLC, SCOTT GRESSLEY and NORTHWEST FARM CREDIT SERVICES,**<br><br>    Defendants. | Adv. Pro. No. 19-06012-TLM |

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Bankruptcy Rule 7041, and Fed. R. Civ. P. 41, the Stipulation for Dismissal with Prejudice (Doc. 28) filed on June 18, 2020, and for good cause appearing, the Adversary Complaint against Defendants Gressley Farms, LLC, Scott Gressley, and Northwest Farm Credit Services is hereby dismissed with prejudice.  All parties shall bear their own costs and attorney fees.  ///end of text///

DATED:  June 18, 2020

_____
TERRY L. MYERS
U.S. BANKRUPTCY JUDGE

Submitted by Jed W. Manwaring
Attorney for Plaintiff Trustee

*ORDER OF DISMISSAL WITH PREJUDICE*